**IT IS ORDERED as set forth below:**



**Date: August 16, 2017**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **In re:** | Case No. 17-62638-MGD |
| **DONNA PATRICIA SMITH,** | Chapter 7 |
| Debtor. | |

**ORDER DENYING DEBTOR'S APPLICATION
TO HAVE THE CHAPTER 7 FILING FEE WAIVED**

Before the Court is Debtor's Application to Have the Chapter 7 Filing Fee Waived (the "Application") (Doc. 6). To be eligible for a waiver of the Chapter 7 filing fee under 28 U.S.C. § 1930(f), a debtor's annual income must be less than 150% of the official poverty guideline for the applicable family size, and a debtor must be unable to pay the fee in installments. Debtor reports a family size of 2, for which 150% of the poverty guideline is $24,360. Debtor reports annual income of $9,480, which is lower than 150% of the poverty guideline for Debtor's family size. However, in the Application and Schedules A/B, Debtor reports financial assets sufficient

1

for Debtor to afford the Chapter 7 filing fee in installments. Therefore, Debtor does not qualify for the fee waiver. Accordingly, on consideration of the Application, it is

**ORDERED:**

1. Debtor's Application is **DENIED**.

2. To allow Debtor an opportunity to pay the filing fee, Debtor shall either (a) pay the Chapter 7 filing fee in full within 7 days of the date of the entry of this Order, or (b) begin making installment payments as follows:

   - $75.00 on or before 7 days from the date of the entry of this Order, and
   - $130.00 on or before 30 days from the date of the entry of this Order, and
   - $130.00 on or before 60 days from the date of the entry of this Order.

**ALL PAYMENTS MUST BE MADE BY CASH, MONEY ORDER, CASHIER'S CHECK, ATTORNEY'S CHECK, OR TRUSTEE'S CHECK, PAYABLE TO "CLERK, UNITED STATES BANKRUPTCY COURT."\*\***

If Debtor fails to timely pay the filing fee as set forth above, this case will stand as dismissed. The Clerk of Court shall serve a copy of this Order on Debtor, the Chapter 7 Trustee, and the United States Trustee.

\*\* **Mailing Address**
UNITED STATES BANKRUPTCY COURT
ROOM 1340
75 TED TURNER DR SW
ATLANTA, GA 30303

**END OF DOCUMENT**

2